# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) | **AMENDED ORDER GRANTING MOTION FOR FURLOUGH AND MODIFICATION ON TRAVEL RESTRICTION** |
| vs. | ) | |
| Donnell Lavert Robinson, Jr. a.k.a. Darnell Robinson, | ) | |
| | ) | Case No. 1:15-cr-185 |
| Defendant. | ) | |

Before the court is "Defendant's Motion Requesting Furlough" filed October 1, 2018. Defendant Robinson has been living in Las Vegas, Nevada. Defendant's conditions of release restrict his travel to Clark County, Nevada and North Dakota for court or meeting with counsel. Defendant requests that the court allows him to travel to Chicago, Illinois on October 4, 2018 and return to Las Vegas on October 6, 2018 to attend his uncle's funeral. Defendant further requests a furlough from his location monitoring device from October 3, 2018 until October 9 2018 in order to travel by airplane to Chicago. The government does not object to defendant's motion.

The court **GRANTS** defendant's motion (Docket No. 272).

**IT IS SO ORDERED.**

Dated this 2nd day of October, 2018.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court

Case 1:15-cr-00185-DLH   Filed 10/02/18   Page 2 of 2